# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 825 |
| | : | |
| ORDER AMENDING RULE | : | SUPREME COURT RULES |
| 322 OF THE PENNSYLVANIA | : | |
| BAR ADMISSION RULES | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of January, 2020, upon the recommendation of the Board of Law Examiners, the proposal having been published for public comment in the Pennsylvania Bulletin at 49 Pa.B. 5700 (October 5, 2019):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 322 of the Bar Admission Rules is amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendments shall be effective in thirty (30) days.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.